**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                            CASE NO: 3:21cr71/MCR

**JEFFREY W. BOONE, JR.**
  a/k/a "younginsboo"

_____/

**MOTION FOR PROTECTIVE ORDER CONCERNING
DISCLOSURE OF RULE 16 DISCOVERY INFORMATION**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorneys, and moves this Court for a Protective Order concerning the disclosure of information required to be provided by the government pursuant to Federal Rules of Criminal Procedure, Rule 16, as well as *Brady* and *Giglio*, and as grounds therefore states:

1.  On or about October 19, 2021, an Indictment was returned against the above named defendant in relation to crimes against children. (ECF No. 15). Since that time, an arraignment has been set for the defendant for October 29, 2021. (ECF No. 19).

2.  Based upon the nature of the sexually explicit conduct with a minor charged in the Indictment, the government's discovery materials

include statements of minor(s) known to the defendant and various other documents bearing personal identifying information of said minor(s).

3. In order to provide discovery in this case, the government is faced with limited options, that is: 1 – only allow defense counsel to inspect the subject materials at the U.S. Attorney's Office; 2 – fully redact the subject materials, which could result in the redaction of pieces of information needed by the defense; or, 3 – request permission from this Court to provide the subject materials, and request a Protective Order prohibiting defense counsel from providing the materials to any persons outside the office and, in the event copies need to be provided to the client, require defense counsel to redact all personal identifying information.

4. Federal Rules of Criminal Procedure, Rule 16(d)(1) provides,

> **(d) Regulating Discovery.**
> (1) **Protective and Modifying Orders.** At any time the court may, for good cause, deny, restrict or defer discovery or inspection, or grant other appropriate relief. The court may permit a party to show good cause by a written statement that the court will inspect ex parte. If relief is granted, the court must preserve the entire text of the party's statement under seal.

5. The undersigned have consulted counsel for the defendant, and counsel does not object to such a Protective Order being entered. The undersigned respectfully suggest that such protective measures also appear

appropriate pursuant to the text and spirit of Title 18, United States Code, Section 3509(d).

6. Based upon the aforementioned, the government asks this Court to enter a Protective Order authorizing the government to provide copies of its discovery materials, which contain some personal identifying information of minor victim(s), and further order that defense counsel not provide copies of said materials to any persons outside or on behalf of the office, maintain sole custody of such materials, keep them in a secure location, and not transfer or otherwise disseminate such materials to any other party. *See also* Title 18, United States Code, Sections 3771(a) & (b) (providing, under the Crime Victims' Rights Act, the right "to be treated with fairness and with respect for the victim's dignity and privacy"). And finally, in the event defense counsel needs to provide copies to the client, counsel be required to redact all personal identifying information of any minor victim from the subject materials.

WHEREFORE, the government seeks a Protective Order from the Court.[1]

Respectfully submitted,

JASON R. COODY
ACTING U.S. ATTORNEY

*/s/ David L. Goldberg*
DAVID L. GOLDBERG
Assistant United States Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

*/s/ Amanda Gordon*
AMANDA GORDON
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 377340
21 East Garden Street, Suite 400
Pensacola, Florida 32502
Phone: 850.444.4000

---

[1] A proposed order will be provided to the Court.

## RULE 7.1(B) CERTIFICATION

I HEREBY CERTIFY that counsel for the defendant has been contacted regarding this motion and has no objection.

*/s/ David L. Goldberg*
DAVID L. GOLDBERG
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant, on this 22nd day of October, 2021.

*/s/ David L. Goldberg*
DAVID L. GOLDBERG
Assistant United States Attorney