IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:21cr71/MCR

JEFFREY W. BOONE, JR.
a/k/a "younginsboo"
_____/

### FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

Kik Messenger ("Kik") is an instant messaging application for mobile devices. The application is available on most iOS, Android, and Windows phone operating systems free of charge. Kik uses a smartphone's data plan or Wi-Fi to transmit and receive messages. Kik allows users to share photographs, sketches, mobile web-pages, linked internet files and other content.

On or about October 1, 2021, an FBI Online Covert Employee (OCE) had access to a Kik communication group wherein a user, with the username name "younginsboo," distributed images through a private message containing child pornography. The images depicted the sexual exploitation of a minor as defined by federal law, to include the following:

1

FILED IN OPEN COURT THIS

__11-18-21__  *sw*

CLERK, U.S. DISTRICT
COURT, NORTH DIST. FLA.

a.  On or about October 1, 2021, "younginsboo" sent a private message to the OCE that contained an image depicting an adult male with his penis exposed out of a pair of camouflage shorts. A prepubescent female is kneeling on a bed holding onto the adult male's erect penis. The prepubescent female is wearing a distinctive outfit. Present in the image are navy-blue bedsheets as well as various clothing items on the floor. The minor female was clearly less than ten years old.

b.  On or about October 1, 2021, "younginsboo" sent a second private message to the OCE containing an image of what appeared to be the same prepubescent female, based upon the outfit she was wearing. Furthermore, the background also contained the navy-blue bedsheets, and the adult male with the erect penis was wearing the same camouflage shorts. In the image, the minor's face is exposed and she is holding onto the adult male's erect penis.

c.  On or about October 1, 2021, "younginsboo" sent a private message to the OCE stating: "Soon I'll have a video for you."  In response, the OCE asked "what do you mean?"  Kik user "younginsboo" replied: "We should get some play time soon." The OCE replied "You with her?" to which the user replied "mmm hmmm."

d.  On or about October 1, 2021, "younginsboo" sent a private message to the OCE stating: "Waiting for my wife to leave."  Kik user "younginsboo" then sent a purple-colored devil emoji, which was followed by an image of the

2

prepubescent female standing on a bed with her pants pulled down showing her purple underwear, and her shirt spread open exposing her bare stomach area. In the background are the same navy-blue bedsheets that are visible in the previous images.

Based on this information, the OCE believed Kik user "younginsboo" captured the images of the minor female using his device just prior to sending the images, showing that he had access to a minor female. Furthermore, based on a review of the images, agents believed all of the images depicted the same minor female.

On or about October 1, 2021, the FBI obtained subscriber records from Kik for the username "younginsboo." Kik responded with the following subscriber information:

a. First Name: Boo

b. Last Name: Jed

c. Email: bjooneffry@yahoo.com

d. Username: younginsboo

e. IP address: 2021/10/01 16:25:53 UTC 68.109.99.138

On or about October 1, 2021, the FBI obtained subscriber records from Cox Communication Inc. for the IP address 68.109.99.138 on 2021/10/01 16:25:53 UTC. The records revealed the following subscriber information for the account:

3

    f.    Name: Jeffrey Boone

    g.    Address: XXXXX, Shalimar, FL 32579

    h.    Phone Number: XXX-XXX-0616

Through a search of law enforcement databases, the FBI confirmed that an individual named JEFFREY BOONE, with date of birth XX/XX/1989, was associated with the address XXXXX, Shalimar, FL 32579. Additionally, through law enforcement databases, the FBI confirmed JEFFREY BOONE was active-duty military with a registered address of XXXXX, Shalimar, FL 32579.

Later in the evening, on October 1, 2021, United States Magistrate Judge Hope T. Cannon issued a search warrant for BOONE's residence. Law enforcement officers executed said search warrant a few hours later. Located within BOONE's residence were BOONE, the minor female, and the matching navy-blue bedsheets mentioned above. BOONE was wearing the above noted camouflage shorts, and the victim was wearing the clothes seen in the previously noted child pornography. Moreover, within BOONE's personal electronic device, law enforcement located video/images of BOONE's production of child pornography involving the minor female, many other images of unrelated child pornography, and the Kik application with the username "younginsboo." The defendant agrees the indictment herein is true and correct and is incorporated into the factual basis.

## Elements of the Offenses

As for Count One, the Defendant can be found guilty only if:

One: The defendant employed, used, persuaded, induced, enticed, or coerced the minor victim to engage in sexually explicit conduct;

Two: At the time, victim was under the age of eighteen years;

Three: The defendant acted with the purpose of producing a visual depiction of such conduct; and

Four: The visual depiction was actually transported in or affecting interstate commerce.

As for Counts Two and Three, the Defendant can be found guilty only if:

1. The Defendant knowingly distributed or possessed an item or items of child pornography;
2. The item[s] of child pornography had been transported, shipped or mailed in interstate or foreign commerce or by utilizing such a facility, including by computer or cellular telephone; and
3. When the Defendant distributed or possessed the item[s], the Defendant believed the item[s] were or contained child pornography.

 

_____
MICHELLE HENDRIX
Attorney for Defendant
Florida Bar No. 0172510
3015 S. Palafox Street
Pensacola, Florida 32502
(850) 433-5461

11/9/21
Date

JASON R. COODY
Acting United States Attorney

_____
DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

11/18/21
Date

_____
JEFFREY W. BOONE, JR.
Defendant

11/9/21
Date